OCTOBER 19, 1971

No. 71–229.  UNITED STATES v. DIONISIO ET AL.  C. A. 7th Cir.  Petition for writ of certiorari as to respondent Smith dismissed pursuant to Rule 60 of the Rules of this Court.

No. 70–149.  STEENHOEK ET AL. v. IOWA.  Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question.

No. 71–86.  ASSOCIATED HOME BUILDERS OF THE GREATER EAST BAY, INC. v. CITY OF WALNUT CREEK ET AL.  Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 71–5024.  AQUAFREDDA v. NEW YORK.  Appeal from App. Term, Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 71–5108.  CHELEY ET AL. v. PARHAM, DIRECTOR OF DEPARTMENT OF FAMILY AND CHILDREN SERVICES.  Appeal from D. C. N. D. Ga. dismissed for failure to docket case within time prescribed by Rule 13 of the Rules of this Court.  Shapiro v. Doe, 396 U. S. 488.  MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 71–5128.  GAINES v. UNITED STATES.  C. A. 2d Cir.  Motion for leave to proceed in forma pauperis granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of suggestion of the Solicitor General in the Memorandum for the United States.